BEFORE THE FIRST DIVISION, JULY 2, 1943

**No. 48501.**—Protest 42690–K of Mason Bros. and Tarlin (Boston).

Opinion by OLIVER, P. J.   It was stipulated that the articles in question are similar to the clay ducks involved in Abstract 47474.   In accordance therewith the claim at 45 percent under paragraph 397 was sustained.

**No. 48502.**—Protests 92677–K, etc., of Cambridge Instrument Co., Inc. (New York).

Opinion by OLIVER, P. J.   In view of the concession of the examiner at the trial and in view of *United States* v. *American Machine & Metals, Inc.* (29 C. C. P. A. 137, C. A. D. 183), the extensometers were held dutiable as instruments for testing the tensile strength of materials, at 20 percent ad valorem under paragraph 372 as modified by the Swiss Trade Agreement (T. D. 48093), and the marking off tools as manufactures of metal at 45 percent under paragraph 397, as claimed.

**No. 48503.**—Protest 965612–G of Chong Sing Co. (San Francisco).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise is the same in all material respects as that involved in *Wing Duck Co.* v. *United States* (6 Cust. Ct. 133, C. D. 446).   In accordance therewith it was held not subject to internal revenue tax and the protest was sustained.

BEFORE THE THIRD DIVISION, JULY 2, 1943

**No. 48504.**—Protests 931467–G, etc., of John Ambriola Co. et al. (New York).

Opinion by KEEFE, J.   It was stipulated that certain of the cheese in question is similar to that involved in *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706, and Abstract 42146).   As to this merchandise the collector was directed to reliquidate, allowing 2½ percent in the weight thereof.   Certain Reggiano cheese the subject of C. D. 706, *supra*, was held entitled to an allowance of 1 percent. Protests sustained to this extent.

BEFORE THE FIRST DIVISION, JULY 3, 1943

**No. 48505.**—Protests 74197–K, etc., of Butler Bros. et al. (New York).

Opinion by WALKER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.